**IT IS ORDERED as set forth below:**

Date: October 29, 2018

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-60762 |
| SELENA MAUREEN BRUMFIELD | CHAPTER 13 |
| | JUDGE CAVENDER |
| Debtors. | |

### ORDER VACATING ORDER AND REOPENING CASE

This matter is before the Court upon review of its docket. On October 25, 2018, the Clerk's Office entered in error an order entitled "Order Approving Account, Discharging Trustee and Closing Estate" (Doc. No. 19) in this Chapter 13 case.

**It is hereby ORDERED**, that the Order entered on October 25, 2018 is *VACATED* and the case is reopened. The Clerk is directed to enter the correct closing order and reclose the case.

The Clerk is directed to serve a copy of this order upon Debtors, Debtors' Attorney, Trustee, and all creditors and parties in interest.

**END OF ORDER**

1